TORRES | TORRES-STALLINGS
A LAW CORPORATION
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Fax: (661) 326-0936

Attorneys for Defendant
PARAMPREET SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-mj-00056 CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE THE DETENTION HEARING (AMENDED)** |
| PARAMPREET SINGH, | |
| Defendant | |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE MAGISTRATE KENDALL NEWMAN; DAVID W. SPENCER, ASSISTANT UNITED STATES ATTORNEY; AND TO MARGARITA ZEPEDA, PRETRIAL SERVICES OFFICER:**

Comes now Defendant, PARAMPREET SINGH, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the detention hearing currently set for Monday, April 12, 2021 be continued to Tuesday, April 13, 2021, at 2pm, before the Hon. Kendall Newman.

Based upon the extensive information provided to PTS Officer Zepeda, it does not appear the PTS report will be prepared in time prior to today's scheduled detention hearing. An additional day is needed to allow Ms. Zepeda to verify all information provided to her by Mr. Singh and to draft said PTS report. I have communicated with AUSA David W. Spencer and he does not object to trailing the matter one day.

Dated: April 12, 2021                                          Respectfully Submitted,

                                                               /s/ David A. Torres
                                                               David A. Torres
                                                               Attorney for Parampreet Singh

                                                               /s/ David W. Spencer
                                                               DAVID W. SPENCER
                                                               Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the detention hearing be continued to April 13, 2021.

Dated: April 12, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE